LAW OFFICES OF KEVIN PEGAN
Richard P. Larriva – State Bar #61826
Email: Richard.Larriva@aig.com
Stephen P. Bergen – State Bar #182077
Email: Stephen.Bergen@aig.com
One MacArthur Place, Suite 650
Santa Ana, California 92707
Telephone:  (714) 436-2700
Facsimile:   (866) 691-3295

Attorneys for Plaintiff-in-Intervention NEW HAMPSHIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WILSON,<br><br>                    Plaintiffs,<br><br>vs.<br><br>J.P. ALLEN COMPANY DBA HOLIDAY INN BURBANK-MEDIA CENTER a California Corporation; and DOES 1 through 10, inclusive<br><br>                    Defendants<br>_____<br>NEW HAMPSHIRE INSURANCE COMPANY,<br><br>                    Intervenor<br>_____ | **Case No:**  CV 13-7946 CAS (MRWx)<br><br>**COMPLAINT-IN-INTERVENTION; REIMBURSEMENT FOR WORKERS' COMPENSATION EXPENDITURES**<br>(Labor Code §3852-3853)<br><br>*Assigned to  U.S. District Judge Christina A. Snyder Courtroom 5* |

Intervenor NEW HAMPSHIRE INSURANCE COMPANY ("intervenor" or "NHIC") is informed and believes, and upon that basis alleges the following:

1. Intervenor was the workers' compensation insurance carrier for JetBlue Airways Corporation, the employer of plaintiff herein, KEVIN WILSON, at the time of the subject trip and fall accident resulting in injuries as alleged in plaintiff's complaint, on or about February 11, 2012.

2. Intervenor was, at the time of the subject incident, a duly organized and authorized workers' compensation insurer, and was obligated under a duly issued and valid policy of workers' compensation insurance, to pay workers' compensation benefits to the employees of JetBlue Airways Corporation, including KEVIN WILSON.

3. Defendant in Intervention J.P. ALLEN COMPANY DBA HOLIDAY INN BURBANK-MEDIA CENTER is a business entity incorporated in the State of California and as the HOLIDAY INN BURBANK-MEDIA CENTER.

4. Intervenor does not know the true names and capacities of the persons sued as DOES 1 through 10.

5. INTERVENOR is informed and believes, and upon that basis alleges, that defendant J.P. ALLEN COMPANY DBA HOLIDAY INN BURBANK-MEDIA CENTER, a corporation, was doing business in the state of California and was the owner, lessor or lessee, operator, proprietor and/ or franchisor operating a Holiday Inn-branded hotel in Burbank, California, at all times alleged hereinbelow. The address at which the subject accident occurred is alleged, on information and belief, to be 150 East Angeleno, Burbank, California 91502, "the subject property."

6. PLAINTIFF is informed and believes, and on that basis alleges, that at all times mentioned herein and material hereto, defendants, and each of them, were responsible for maintaining the hotel facilities in a safe, clean and hazard-free condition for its business invitee customers.

NEW HAMPSHIRE INSURANCE COMPANY'S COMPLAINT-IN-INTERVENTION

7. PLAINTIFF is informed and believes, and on that basis alleges, that at all times mentioned herein and material hereto, the defendants were acting as agents of each other and with the consent, permission, and knowledge of the other.

8. The location of the subject property, located in Burbank, California, is located within the County of Los Angeles, State of California. The subject slip and fall accident occurred on February 11, 2012.

9. At the time of the accident described in the previous paragraph, KEVIN WILSON was lawfully upon the subject premises as a business invitee, and was acting within the course and scope of his employment with JetBlue Airways Corporation as a Flight Attendant. As KEVIN WILSON proceeded to the shuttle as a business invitee, he slipped and fell on negligently maintenance and unmarked curb in front of the entrance to the hotel on the hotel property, causing him to fall forward and sustain personal injuries.

10. February 11, 2012 at the subject premises, defendants, and each of them, so negligently, carelessly, wantonly, recklessly, tortiously and unlawfully managed, maintained, serviced, inspected, operated, repaired, designed, painted, and/or cleaned the subject property and so carelessly, negligently, wantonly, recklessly, tortiously, and unlawfully conducted themselves so as to proximately cause the hereinafter-described damages to KEVN WILSON by creating a hazardous condition which caused KEVIN WILSON'S slip and fall, or trip and fall, incident, as described hereinabove, causing personal injuries.

11. As a proximate result of each defendants' negligence and the conduct herein alleged, KEVIN WILSON sustained bodily injuries. These injuries arose out of, and in the course and scope of KEVIN WILSON'S

employment with JetBlue Airways Corporation.

12. As a further proximate result of the negligence of defendants, and each of them, INTERVENOR became obligated to pay workers' compensation medical expenses and indemnity benefits in the current sum of over $59,000.00 to KEVIN WILSON. INTERVENOR will become obligated to pay further benefits in sums not yet fully determined but which will be specified by amendment hereto when ascertained or proved.

13. The monetary amount of damages needed to compensate KEVIN WILSON for his personal injuries and temporary and permanent disability for the harm and loss caused by the defendants' legal fault, which is the responsibility of INTERVENOR, exceeds the amount claimed by the INTERVENOR in this lawsuit.

WHEREFORE, Intervenor prays for:

1. An order permitting it to intervene in this action;
2. Reimbursement of benefits paid and payable to and on behalf of KEVIN WILSON in the following sums: $59,000 as well as additional sums which Intervenor will accrue in the future, plus interest on such payments;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NEW HAMPSHIRE INSURANCE COMPANY'S COMPLAINT-IN-INTERVENTION

3. Reasonable litigation expenses and a reasonable attorney fee;

4. Declaration of the rights and duties among the parties, and;

5. All other just relief.

Respectfully submitted,
LAW OFFICES OF KEVIN PEGAN

Dated: May 7, 2014    By:   /s/ Stephen P. Bergen
Richard P. Larriva,
Stephen P. Bergen,
Attorneys for NEW HAMPSHIRE INSURANCE COMPANY

Attorney for Plaintiff-in-Intervention
Email: **stephen.bergen@aig.com**